UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KURT BERRY,<br><br>       Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA, N.A.,<br><br>       Defendant. | CASE NO: 3:13-cv-01341-VLB |

## STIPULATION OF DISMISSAL

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against BANK OF AMERICA, N.A. with prejudice and without costs to any party.

| By: /s/ Joshua B. Kons<br><br>Joshua B. Kons, Esq.<br>LAW OFFICES OF JOSHUA B. KONS, LLC<br>50 Albany Turnpike, Suite 4024<br>Canton, CT 06019<br>T: (860) 920-5181<br>E: joshuakons@konslaw.com<br>*Attorney for Plaintiff* | By: /s/ William R. Dziedzic<br><br>William R. Dziedzic, Esq.<br>BENDETT & MCHUGH, P.C.<br>160 Farmington Avenue<br>Farmington, CT 06032<br>T: (860) 677-2868<br>E: Wdziedzic@bmpc-law.com<br>*Attorney for Defendant* |

_____
SO ORDERED

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF), which sent notice of such filing to the following:

William R. Dziedzic, Esq.
BENDETT & MCHUGH, P.C.
160 Farmington Avenue
Farmington, CT 06032

                                            By /s/ Joshua B. Kons_____
                                                Joshua B. Kons